**Mistee L. Elliott (Wyo. State Bar # 6-3540)**
**Madeleine J. Lewis (Wyo. State Bar # 7-6291)**
CROWLEY FLECK
101 West Brundage Street
Sheridan, WY 82801
(307) 673-3000
melliott@crowleyfleck.com
mlewis@crowleyfleck.com

**Brian A. Glasser (*Pro Hac Vice*)**
BAILEY & GLASSER, LLP
1055 Thomas Jefferson Street NW Suite 540
Washington, DC 20007
(202) 463-2101
bglasser@baileyglasser.com

**Ben A. Schwartzman (*Pro Hac Vice*)**
BAILEY & GLASSER, LLP
950 West Bannock Street, Suite 940
Boise, ID 83702
(208) 342-4411
bschwartzman@baileyglasser.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILDCAT COAL, LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action No. 22-CV-102-F |
| | ) |
| PACIFIC MINERALS, INC. and | ) |
| IDAHO ENERGY RESOURCES CO. | ) |
| doing business together as a joint venture | ) |
| under the trade name | ) |
| BRIDGER COAL COMPANY, | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF WITHDRAWAL OF MADELEINE J. LEWIS
### AS COUNSEL FOR PLAINTIFF

COMES NOW, Madeleine J. Lewis of Crowley Fleck PLLP, as attorney of record for Plaintiff in this matter, and hereby provides notice of withdrawal as counsel pursuant to

U.S.D.C.L.R. 84.3(c). Plaintiff has been advised of and consents to this withdrawal. Attorneys Mistee L. Elliott of Crowley Fleck PLLP and Brian A. Glasser and Ben A. Schwartzman of Bailey & Glasser, LLP will continue to represent Plaintiff in all aspects of this matter.

Dated this 1st day of September 2022.

                              CROWLEY FLECK PLLP

                              /s/ *Madeleine Lewis*
                              **Mistee L. Elliott**
                              **Madeleine J. Lewis**
                              CROWLEY FLECK PLLP
                              101 West Brundage Street
                              Sheridan, WY 82801
                              (307) 673-3000
                              melliott@crowleyfleck.com
                              mlewis@crowleyfleck.com

                              and

                              Brian A. Glasser, *Pro Hac Vice*
                              Bailey & Glasser, LLP
                              1055 Thomas Jefferson Street NW Suite 540
                              Washington, DC 20007
                              (202) 463-2101
                              bglasser@baileyglasser.com

                              Ben A. Schwartzman, *Pro Hac Vice*
                              Bailey & Glasser, LLP
                              950 West Bannock Street, Suite 940
                              Boise, ID 83702
                              (208) 342-4411
                              bglasser@baileyglasser.com

                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of September 2022, I electronically transmitted the foregoing document using the CM/ECF system which will send notification to all ECF Registrants in this action.

                */s/ Madeleine Lewis*