

**FILED**

*11:26 am, 10/12/23*

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WILDCAT COAL LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>PACIFIC MINERALS, INC. and IDAHO ENERGY RESOURCES CO. doing business together as a joint venture under the trade name BRIDGER COAL COMPANY,<br><br>  Defendants. | Case No.  22 -CV-0102 |

# JUDGMENT

Having issued its *Amended Decision and Order Granting in Part and Denying in Part All Pending Motions for Summary Judgment and Dismissing as Moot Defendants' Motion to Strike* on August 29, 2023 (ECF 75), and having resolved the supplemental issues raised by the parties in the *Order Regarding Plaintiff and Defendants' Supplemental Briefing on Damages* (ECF 84), the Court hereby enters judgment in favor of Plaintiff Wildcat Coal, LLC against Defendants Pacific Minerals, Inc. and Idaho Resources Co., doing business together as a joint venture under the trade name Bridger Coal Company. The judgment shall be in the amount of **$19,966,872.00** for advance royalties for the five-year period from January 1, 2016, through December 31, 2020, with post judgment interest

accruing from the date of this judgment, until the judgment is satisfied pursuant to 28 U.S.C. § 1961(a).

IT IS SO ORDERED THIS 12th day of October 2023.

_____
NANCY D. FREUDENTHAL
UNITED STATES SENIOR DISTRICT JUDGE