# Appeal Bond

**Travelers Casualty and Surety Company of America**
**One Tower Square, Hartford, CT 06183**

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2023 NOV 14 AM 10: 31
MARGARET BOTKINS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

WILDCAT COAL LLC
Plaintiff

v.

PACIFIC MINERALS, INC. and IDAHO ENERGY RESOURCES CO., doing business together as a joint venture under the trade name BRIDGER COAL COMPANY
Defendants

Bond No. **107926164**
**B-SUR - 1475**

Index or Cause No. 2:22-cv-00102-NDF

KNOW ALL MEN BY THESE PRESENTS, that we, **Bridger Coal Company**, a joint venture between Pacific Minerals, Inc. and Idaho Energy Resources Co., as Principal, and **Travelers Casualty and Surety Company of America**, a corporation organized under the laws of the State of Connecticut and authorized to do business in the State of Wyoming, as Surety, are held and firmly bound unto **Wildcat Coal LLC**, as Obligee, in the maximum aggregate penal sum of Twenty-One Million, Six Hundred Twenty-Five Thousand, Two Hundred Twenty-Two and 81/100 Dollars ($21,625,222.81) for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

WHEREAS, on October 12, 2023, the United States District Court for the District of Wyoming entered a judgment in *Wildcat Coal LLC v. Pacific Minerals, Inc.*, No. 22-cv-00102 (D. Wyo.), in favor of the Obligee and against Defendants Pacific Minerals, Inc. and Idaho Energy Resources Co., doing business together as a joint venture under the trade name Bridger Coal Company, in the amount of $19,966,872.00, with post-judgment interest accruing from the date of the Judgment pursuant to 28 U.S.C. § 1961(a) (hereinafter the "Judgment");

WHEREAS, on October 20, 2023, Obligee filed a Bill of Courts for proceedings in the District Court in the amount of $1932.70;

WHEREAS, Defendants intend to timely appeal to the United States Court of Appeals for the Tenth Circuit from the Judgment and other adverse rulings;

WHEREAS, Defendants intend to pursue all other appropriate review of the Judgment and of any adverse rulings on challenges to the Judgment;

WHEREAS, on November 3rd 2023, the United States District Court for the District of Wyoming issued an order granting a stay of execution and enforcement of the Judgment conditioned on the posting with the Clerk of Court a bond in the amount of $21,623,130.28;

AND WHEREAS, the Principal hereby posts this bond in order to stay execution of the Judgment pending determination of all appellate proceedings,

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall prosecute its appeal to effect and: (a) satisfy the Judgment in full, together with costs and interest, if the appeal is finally dismissed, or if the Judgment is finally affirmed following the conclusion of all opportunities for appellate review; or (b) satisfy in full the Judgment as modified by any appellate court, together with costs and interest; or (c), if the Judgment is reversed or vacated in its entirety, then the above obligation is to be void; otherwise the above obligation is to remain in full force and effect; provided, however, the maximum liability of the Surety hereunder shall not exceed the maximum aggregate penal sum set forth above.

Written notice of claim on this surety bond shall be sent to the following:

Travelers Casualty and Surety Company of America
Attn: Commercial Surety Claim
One Tower Square
Hartford, CT 06183
bsiclaims@travelers.com

SIGNED, SEALED AND DATED this **November 6th, 2023** day of

BRIDGER COAL COMPANY, Principal

By: ______________________________

**Travelers Casualty and Surety Company of America**

By: ______________________________
Corinne Chapman, Attorney-in-Fact

TRAVELERS

**Travelers Casualty and Surety Company of America**
**Travelers Casualty and Surety Company**
**St. Paul Fire and Marine Insurance Company**

**POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS**: That Travelers Casualty and Surety Company of America, Travelers Casualty and Surety Company, and St. Paul Fire and Marine Insurance Company are corporations duly organized under the laws of the State of Connecticut (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint **CORINNE CHAPMAN** of **CHICAGO** , **Illinois** , their true and lawful Attorney(s)-in-Fact to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed, and their corporate seals to be hereto affixed, this **21st** day of **April**, **2021**.

State of Connecticut

City of Hartford ss.

By: [signature]
Robert L. Raney, Senior Vice President

On this the **21st** day of **April**, **2021**, before me personally appeared **Robert L. Raney**, who acknowledged himself to be the Senior Vice President of each of the Companies, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of said Companies by himself as a duly authorized officer.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

My Commission expires the **30th** day of **June**, **2026**

[signature]
Anna P. Nowik, Notary Public

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of each of the Companies, which resolutions are now in full force and effect, reading as follows:

**RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED,** that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED,** that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED,** that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, **Kevin E. Hughes**, the undersigned, Assistant Secretary of each of the Companies, do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which remains in full force and effect.

Dated this 6th day of November, 2023

[signature]
Kevin E. Hughes, Assistant Secretary

***To verify the authenticity of this Power of Attorney, please call us at 1-800-421-3880.***
***Please refer to the above-named Attorney(s)-in-Fact and the details of the bond to which this Power of Attorney is attached.***