FILED
8:55 am, 11/28/23
Margaret Botkins
Clerk of Court

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk

November 28, 2023

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO 80257

Re: TRANSCRIPT ORDERS
***Wildcat Coal LLC v. Pacific Minerals Inc et al***
District Court Case Number: 22-cv-102-NDF
US Court of Appeals Case Number: 23-8073

Dear Clerks:

Please be advised that the transcripts ordered for the above captioned case are:

No transcripts have been ordered for this appeal.

For purposes of appeal, the record is now ready.

Sincerely,

Margaret Botkins
Clerk of Court

By:____________________________
Tiffany Dyer