FILED

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

12:33 pm, 3/19/24

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

IN RE: CREATION OF THE DOCKET )
FOR THE HONORABLE KELLY H. RANKIN )

# ORDER

The Honorable Kelly H. Rankin was sworn in as the District of Wyoming's 9th United States District Judge on March 12, 2024.

To maintain efficiency in cases currently assigned to Senior District Judge Nancy D. Freudenthal as she is winding down her caseload, the following civil cases are directly assigned to Judge Rankin.

Pursuant to U.S.D.C.L.R 40.2 (a)(4) all reassignments or transfer of cases from one judge to another shall be only with the approval of the Chief Judge.

Therefore, it is

**ORDERED** that the following civil cases shall be directly assigned from the Honorable Nancy D. Freudenthal to the Honorable Kelly H. Rankin:

19-CV-243 Black vs. Occidental Petroleum Corporation

20-CV-138 Frank et al vs. Wyoming Secretary of State et al
CASE STAYED pending appeal to SCOTUS

21-CV-037 Northern Arapaho Tribe vs. US. Department of Health and Human Services Acting Secretary et al
CASE STAYED pending appeal to SCOTUS

21-CV-194 Typhoon Advertising vs. Knowles et al

| | |
|---|---|
| 21-CV-223 | Gramercy Distressed Opportunity Fund II LP et al vs. Bakhmatyuk et al<br>CASE STAYED pending appeal to Tenth Circuit |
| 22-CV-102 | Wildcat Coal LLC vs. Pacific Minerals Inc et al<br>CASE STAYED pending appeal to Tenth Circuit |
| 22-CV-104 | Bankers Standard Insurance Co. vs. JTEC Inc. et al<br>CASE STAYED pending appeal to Tenth Circuit |
| 22-CV-177 | Harrell vs. Johnson et al<br>CASE STAYED pending Corizon's bankruptcy proceedings |
| 22-CV-213 | Wright vs. Devon Energy Production Company LP<br>SCHEDULING ORDER VACATED pending class wide settlement or status report. |
| 23-CV-048 | Rock Springs Grazing Association vs. US DOI et al<br>MEMBER CASE – Consolidated with 23-CV-84, 23-CV-087 and 23-CV-117 |
| 23-CV-084 | American Wild Horse Campaign et al vs. US Bureau of Land Management Director et al<br>LEAD CASE – Consolidated with 23-CV-048, 23-CV-087 and 23-CV-117 |
| 23-CV-087 | Return to Freedom et al vs. US Department of Interior et al<br>MEMBER CASE – Consolidated with 23-CV-48, 23-CV-84, and 23-CV-117 |
| 23-CV-117 | Friends of Animals vs. United States Department of Interior Secretary et al<br>MEMBER CASE – Consolidated with 23-CV-048, 23-CV-084 and 23-CV-087 |
| 23-CV-118 | Wadsworth vs. Walmart Inc et al |
| 23-CV-181 | Loginov vs Sheridan Memorial Hospital et al |
| 23-CV-186 | Archer (UK) Limited vs. Archer Drilling LLC |

23-CV-205 Four Corners Healthcare LLC vs. Weese et al

23-CV-247 Jorns & Associates LLC vs. WCMS Media LLC et al

24-CV-040 Pederson vs. Menard Inc

24-CV-041 The Phoenix Insurance Company vs. Jane Kemble Dunbar Living Trust et al

24-CV-056 Chesapeake Exploration, LLC vs. Matrix Production Co.

Dated this 19th day of March 2024.

Scott W. Skavdahl
Chief Judge
District of Wyoming